1539

FILED

JAN - 9 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 17-5 |
| | ) | |
| v. | ) | (18 U.S.C. § 930(a)) |
| | ) | |
| ASHYA SYMONE MCKAY | ) | |

**INFORMATION**

The United States Attorney charges:

On or about June 4, 2016, in the Western District of Pennsylvania, the defendant, ASHYA SYMONE MCKAY, did knowingly possess and cause to be present a firearm or other dangerous weapon, namely a Glock, Model 42, .380 caliber semiautomatic pistol bearing serial number AAVY348, in and around a Federal facility, namely the United States Postal Office Bulk Mail Center located at 51 Pennwood Place, Warrendale, Pennsylvania, 15086.

In violation of Title 18, United States Code, Section 930(a).

**FORFEITURE ALLEGATIONS**

1. The United States Attorney re-alleges and incorporates by reference the allegations contained in Count One of this Information for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. As part of the commissions of the violation of Title 18, United States Code, Section 930(a), charged in Count One of this Information, the firearm alleged in that Count, as well as any ammunition contained therein, namely a Glock, Model 42, .380 caliber semiautomatic pistol bearing serial number AAVY348 and six rounds of .380 Auto caliber ammunition, which were involved and used in the knowing commission of that offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

SOO C. SONG
Acting United States Attorney
DC ID No. 457268