FILED

JAN - 9 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ASHYA SYMONE MCKAY

Criminal No. 17-5

**INFORMATION MEMORANDUM**

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Stephen S. Gilson, Assistant United States Attorney for said District, and submits this Information Memorandum to the Court:

## I. THE INFORMATION

A one-count Information was filed against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
| --- | --- | --- |
| 1 | Possession of a Firearm in a Federal Facility<br>June 4, 2016 | 18 U.S.C. § 930(a) |

## II. ELEMENTS OF THE OFFENSE

In order for the crime of possession of a firearm in a federal facility, in violation of 18 U.S.C. § 930(a), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. First, that the defendant possessed or caused to be present, or attempted to possess or cause to be present, a firearm or other dangerous weapon;

2. Second, in a Federal facility other than a Federal court facility; and

3. Third, that the defendant did so knowingly.

## III. PENALTIES

1. A term of imprisonment of not more than one (1) year;

2. A term of probation of not more than five (5) years;

2. A fine of not more than $100,000;

3. A term of supervised release of not more than one (1) year; and

4. Any or all of the above.

## IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $25.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

## V. RESTITUTION

Not applicable in this case.

## VI. FORFEITURE

As set forth in the Information, forfeiture may be applicable in this case.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

STEPHEN S. GILSON
Assistant U.S. Attorney
NY ID No. 5165063